# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ROBERT STRANGE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00796 |
| | § | |
| **U.S. BANK TRUST COMPANY, N.A.,** | § | |
| | § | |
| Defendant. | § | |

## AMENDED SCHEDULING ORDER

1. The parties shall file amended or supplemental pleadings and shall join additional parties by: May 13, 2024

2. All parties asserting claims for relief must name their experts and furnish a report by: June 3, 2024

3. The opposing party's experts must be named with a report furnished by: July 8, 2024

4. Discovery must be completed by: August 2, 2024
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

5. Dispositive Motions will be filed by: September 6, 2024
   Responses due by: October 7, 2024

6. Non-Dispositive Motions will be filed by: September 6, 2024

********************* The Court will provide these dates. *********************

7. Joint pretrial order is due:
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for **1:30 PM** on:

9. Trial is set for **9:00 AM** on:
   *The case will remain on standby until tried.*